**\*\*E-filed 5/31/07\*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FREDDIE CAVITT,<br><br>        Petitioner,<br>vs.<br><br>JEANNE S. WOODFORD,<br><br>        Respondent. | No. C 07-2705 JF (PR)<br><br>ORDER CORRECTING ERRONEOUS FILING; CLOSING CASE; INSTRUCTIONS TO CLERK |

Petitioner, a state prisoner, proceeding pro se, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on May 22, 2007. Petitioner enclosed a letter to the Court with the instant petition, stating that he enclosed a copy of his petition that he filed in the California Supreme Court on April 27, 2007. The Court notes that Petitioner has an earlier filed habeas action which is stayed pending exhaustion of his additional claim in the state supreme court, case no C 05-3064 JF (PR). It appears that the instant petition was mistakenly received and opened as a new case in the instant action, rather than in Petitioner's earlier habeas action in case no. C 05-3064 JF (PR).

\\\

\\\

Order Correcting Erroneous Filing; Closing Case; Instructions to Clerk
P:\pro-se\sj.jf\hc.07\Cavitt705close                    1

1  Accordingly, the Clerk is instructed to copy all documents from the instant case and
2  transfer the documents to Petitioner's earlier filed habeas action in case number C 05-
3  3064 JF (PR).  Because the instant case was opened erroneously, the Court will dismiss
4  the instant habeas action without prejudice.  The Clerk shall close the file and terminate
5  any pending motions.  No filing fee is due.
6        It is Petitioner's responsibility to prosecute this case.  Petitioner is reminded that
7  all communications with the Court must be served on Respondent by mailing a true copy
8  of the document to Respondent's counsel.  Petitioner must keep the Court and all parties
9  informed of any change of address by filing a separate paper captioned "Notice of Change
10 of Address."  He must comply with the Court's orders in a timely fashion.
11       IT IS SO ORDERED.
12 DATED: __5/31/07_____
                                    JEREMY FOGEL
13                                     United States District Judge

1  A copy of this order was mailed to the following:

3  James Freddie Cavitt
K-81900
4  Correctional Medical Facility
P.O. Box 2000
5  Vacaville, CA  95696

7  Juliet B. Hayley
CA State Attorney General's Office
455 Golden Gate Avenue
8  Suite 11000
San Francisco, CA  94102-7004