\*\*E-filed 5/31/07\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FREDDIE CAVITT,<br><br>　　　Petitioner,<br>　vs.<br><br>JEANNE S. WOODFORD,<br><br>　　　Respondent. | No. C 07-2705 JF (PR)<br><br>JUDGMENT |

The Court has closed the instant habeas action because the petition filed on May 22, 2007 was mistakenly opened as a new action, rather than being filed in Petitioner's pending habeas action in case no. C 05-3064 JF (PR). Accordingly, a judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: __5/31/07_____

_____
JEREMY FOGEL
United States District Judge

Judgment
P:\pro-se\sj.jf\hc.07\Cavitt705jud                1

1  A copy of this order was mailed to the following:

2

3  James Freddie Cavitt
   K-81900
4  Correctional Medical Facility
   P.O. Box 2000
5  Vacaville, CA  95696

6

7  Juliet B. Hayley
   CA State Attorney General's Office
   455 Golden Gate Avenue
8  Suite 11000
   San Francisco, CA  94102-7004

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28